ACCEPTED
03-14-00518-CV
4451167
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 9:58:05 AM
JEFFREY D. KYLE
CLERK



# ALDRICH PLLC
## ATTORNEYS

Scott Lindsey
Board Certified – Civil Appellate Law
Texas Board of Legal Specialization

slindsey@aldrichpllc.com
www.aldrichpllc.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 9:58:05 AM
JEFFREY D. KYLE
Clerk

March 11, 2015

***Via E-filing and Regular Mail***
Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711

> RE:   Court of Appeals Number: 03-14-00518-CV

> Style:  James Poe and Senior Retirement Planners, LLC
> v. Eduardo S. Espinosa in his Capacity as Receiver
> for Retirement Value, LLC

Dear Mr. Kyle:

Please be advised that I will be out off the office on a prepaid, family vacation from **June 8, 2015 through June 12, 2015**. Should the Court grant oral argument as requested by Appellants, I request that the oral argument not be scheduled during my vacation week.

Thank you for your time and attention to this matter. Should you have any questions or need anything further, please do not hesitate to call.

Best regards,

Scott Lindsey
State Bar No. 24036969

**Counsel for Appellants Poe and
Senior Retirement Planners, LLC**

SEL/sd

---

1130 Fort Worth Club Tower · 777 Taylor Street · Fort Worth, TX 76102 · Tel (817) 336-5601 · Fax (817) 336-5297

CC:

***Via Electronic Service and e-mail:***
Mr. John W. Thomas
Mr. John R. McConnell
George, Brothers, Kincaid & Horton, L.L.P.
114 W. Seventh, Suite 1100
Austin, TX 78701-3015